UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL-MOGUL WORLD WIDE, INC., ET AL.,

    Plaintiffs,

v.

NJT ENTERPRISES d/b/a MAYCO INTERNATIONAL LLC, ET AL.,

    Defendants.
                                            /

No. 11-15480

District Judge Marianne O. Battani

Magistrate Judge R. Steven Whalen

**ORDER**

For the reasons and under the terms stated on the record on July 29, 2013, Plaintiffs' Motion to Compel [Doc. #78] is GRANTED IN PART AND DENIED IN PART, as follows:

In lieu of producing a Rule 30(b)(6) witness at this time, Defendants will provide written responses and relevant documents within 14 days of the date of this Order. The request to produce a Rule 30(b)(6) witness for deposition is DENIED WITHOUT PREJUDICE.

The request to compel answers to interrogatories is DENIED WITHOUT PREJUDICE.

The request to compel production of documents is GRANTED IN PART, to the extent that representatives of Defendants NJT Enterprises d/b/a Mayco and JVIS-USA LLC will certify, under oath, that they have undertaken a diligent and good-faith search for the requested documents, and that they have no further responsive documents in their possession, custody or control beyond what has already been produced.

-1-

IT IS SO ORDERED.

Dated: July 29, 2013         s/ R. Steven Whalen
                             R. STEVEN WHALEN
                             UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 30, 2013, electronically and/or by U.S. mail.

                             s/Michael Williams
                             Case Manager to the
                             Honorable R. Steven Whalen